■ AUGUST A. SIGERIST et al., Appellants, v. GEORGE F. McGARRETT et al., Respondents.— In an action to recover damages for injuries to person and property and for medical expenses and loss of services, alleged to have been sustained as the result of a collision between two motor vehicles, the appeal is (1) from a judgment, entered on the verdict of a jury, dismissing the complaint, and (2) from said verdict. Judgment unanimously affirmed, with costs. No opinion. Appeal from verdict dismissed, without costs. No appeal lies from a verdict. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ JUREK SZARF, Individually and as Administrator of the Estate of MIECZYSLAW SZARF, Deceased, Appellant, v. BEREK BLUMENFELD, Respondent. (Appeal No. 1.) — In an action for an accounting, the appeal is from an order granting a motion to require appellant to serve a verified bill of particulars. The motion was made more than 20 days after appellant had filed a statement of readiness and without respondent having moved to strike the action from the calendar in accordance with the provisions of subdivision (4) of the Special Rule of this court. Order modified by striking from the ordering paragraph item "1". As so modified, order affirmed, with $10 costs and disbursements to appellant. Item "1" is improper because it seeks the names of witnesses present at the making of an alleged oral agreement of joint venture. This is not a proper function of a bill of particulars (*Wilson & Baillie Mfg. Co.* v. *Dumary,* 140 App. Div. 838). Costs are allowed to appellant in view of the absence of a satisfactory explanation for the lateness of respondent's motion for a bill of particulars after appellant had filed the statement of readiness and in view of the apparent disregard of the Special Rule of this court. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ JUREK SZARF, Individually and as Administrator of the Estate of MIECZYSLAW SZARF, Deceased, Appellant, v. BEREK BLUMENFELD, Respondent. (Appeal No. 2.) — In an action for an accounting, the appeal is from an order granting respondent's motion to take depositions, on interrogatories, of two witnesses resident in foreign countries, and directing that commissions issue for that purpose. Order modified (1) by striking therefrom the second and third ordering paragraphs and substituting therefor provisions for the settlement of interrogatories and cross interrogatories pursuant to rule 126 of the Rules of Civil Practice, and (2) by adding to said order a provision for the translation of interrogatories and answers at respondent's expense, pursuant to section 309-a of the Civil Practice Act. As so modified, order affirmed, with $10 costs and disbursements to appellant. The modifications of the order appealed from are necessary to conform the order to the provisions of pertinent statutes and rules. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur. Settle order on notice.